60 F.3d 816
 Petrolon Management, Inc.
v.
Howe Laboratories, Inc., Sonny Herman Howard, Howe Chemical
Co., Dura-Lube Corp. National Communications, Inc., Mood
Company, Inc., Crescent Marketing, Inc., a/k/a Crescent
Manufacturing, American Industries, Inc., Howe Plastics and
Chemical Company, Inc., Howe Company, Inc., Media Group,
Media Marketing Enterprises, AP Wholesalers, New York
Partnership, American Direct Marketing, Inc., Durable
Products, William Jeter, Danny Hopkins
 NO. 94-7648
 United States Court of Appeals,
Third Circuit.
 May 11, 1995
 
 Appeal From: D.Del., No. 93-511,
 Farnan, J.
 
 
 1
 AFFIRMED.